UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In the Matter of:

TRIPLETT, KEARNEY LEE                                          Case No. 19-32733-WJF

TRIPLETT, JANIS LIVINGSTON                                    Chapter 7

                    Debtors

## NOTICE OF SETTLEMENT

To:  The United States Trustee, all creditors and other parties in interest.

On November 22, 2019, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtors named above will settle a controversy as follows:

The debtors have the following non-exempt assets:

| | Asset | Non-exempt Value |
|---|---|---|
| 1 | 10002 Rutledge Road, Finlayson, MN 55735-0000. Bare hunting land legally described as Southeast Quarter of Southwest Quarter (SE1/4 of SW 1/4) of Section Thirty (30), Township Forty-Four (44), Range Twenty-One (21), Pine County, Minnesota. PID No. 050247005. Value based on May 8, 2019 Appraisal. Entire property value: $60,000.00. Debtors own a 1/8th interest in the property and valued that interest at $7,800.00 on the their schedules. The tax basis for the property is $12,000.00 or $1,500.00 (1/8th) for the debtors. | $7,800.00 |
| 2 | 10002 Rutledge Road, Finlayson, MN 55735-0000. Legally described as West half of East half of Northwest Quarter (W1/2 ofE 1/2 of NW1/4) of Section Thirty-One (31), Township Forty-Four (44), Range Twenty-One (21), Pine County, Minnesota. PID No. 050249001. Value based on May 8, 2019 Appraisal. Entire property value: $54,000.00. Debtors own a 1/5 interest in the property and valued that interest at $13,500.00 on their schedules one half of which, or $6,750.00, was exempted on their Schedule C. The tax basis for the property is $14,750.00 or $2,950.00 (1/5th) for the debtors. | $6,750.00 |
| 3 | Lenovo desktop computer ($50.00), and Nook tablet ($25.00). (Total value on Schedules is $75.00 less $37.50 exempted on Schedule C) | $37.50 |

The debtors have paid $10,000.00 for their non-exempt interest in the two properties listed at numbers 1 and 2 above and for their non-exempt interest in the computer listed at number 3 above.  There will be no realtor's commission if the property is sold to the debtors. Based on the costs involved in marketing items of this nature, in particular, marketing only a fractional interest in the real properties and the cost of insuring the real properties in addition to the costs of retrieving the computer (which is of limited value) and the fact that there will be no realtor's commission under this settlement, the trustee believes acceptance of the debtors' offer and payment to be in the best interest of creditors.

**OBJECTION:  MOTION:  HEARING.**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The trustee will schedule the hearing with notice by the trustee to the objecting party and the United States Trustee.

Clerk of Bankruptcy Court          United States Trustee          Trustee
U.S. Bankruptcy Court              1015 US Courthouse             (see address below)
Warren Burger Federal Bldg.        300 South 4th Street
Suite 200                          Minneapolis, MN  55415
316 North Robert Street
St. Paul, MN 55101

Dated:  November 01, 2019                                   /e/ Patti J. Sullivan

Patti J. Sullivan, Trustee, #170124
1595 Selby Avenue
Suite 205
St. Paul, MN 55104
(651) 699-4825

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  TRIPLETT, KEARNEY LEE<br>TRIPLETT, JANIS LIVINGSTON | CASE NO: 19-32733<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 11/1/2019, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/1/2019

/s/ Patti J. Sullivan
Patti J. Sullivan  170124
Sullivan Law Firm, P.A.
1595 Selby Avenue, Suite 205
St. Paul, MN  55104
651 699 4825

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE: TRIPLETT, KEARNEY LEE
TRIPLETT, JANIS LIVINGSTON

CASE NO: 19-32733

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 11/1/2019, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/1/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Patti J. Sullivan
Sullivan Law Firm, P.A.
1595 Selby Avenue, Suite 205
St. Paul, MN  55104

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
08643
CASE 19-32733
DISTRICT OF MINNESOTA
ST PAUL
FRI NOV 1 09-54-57 CDT 2019

EXCLUDE

~~ST PAUL~~
~~200 WARREN E BURGER FEDERAL BUILDING~~
~~AND~~
~~US COURTHOUSE~~
~~316 N ROBERT ST~~
~~ST PAUL MN 55101 1465~~

AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998-1535

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CITIBANK NA AS OWNER TRUSTEE
CO WILFORD GESKE  COOK
7616 CURRELL BLVD SUITE 200
WOODBURY MN 55125-2296

CITY OF LAKE ELMO
3880 LAVERNE AVENUE N
LAKE ELMO MN 55042-9699

FIFTH THIRD BANK
MD ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

MENARDS  CAPITAL ONE
PO BOX 30257
SALT LAKE CITY UT 84130-0257

MINNESOTA DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 64447
ST PAUL MN 55164-0447

MR COOPER
PO BOX 619094
DALLAS TX 75261-9094

TCF NATIONAL BANK
PO BOX 1485
MINNEAPOLIS MN 55480-1485

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

VH LODGE AT WHITE BEAR LLC
3666 E COUNTY LINE N
WHITE BEAR LAKE MN 55110-1800

JANIS LIVINGSTON TRIPLETT
3666 EAST COUNTY LINE N
APT 104
WHITE BEAR LAKE MN 55110-1815

DEBTOR

KEARNEY LEE TRIPLETT
3666 EAST COUNTY LINE N
APT 104
WHITE BEAR LAKE MN 55110-1815

MARY JO A JENSEN CARTER
BUCKLEY  JENSEN
1257 GUN CLUB ROAD
WHITE BEAR LAKE MN 55110-3379

PATTI J SULLIVAN
1595 SELBY AVE STE 205
ST PAUL MN 55104-4528